Cathy Mata
100 Guadalupe Street, Room 206
Austin, TX 78701

Re: Eviction Trial

Hello,

On November 16, 2015, David Z. Hernandez requested the reporter's record in C-1-CV-15-008088 be filed in the Third Court of Appeals (No. 03-15-00692-CV; *David Z. Hernandez v. Elm Ridge Apartments*). On December 8, 2015, a reporter's record was filed with the court of appeals. However, the record did not include the trial held on October 8, 2015, as David Z. Hernandez had requested.

Please kindly prepare and file a supplemental reporter's record to include with trial held on 10/8/2015, including any exhibits, and submit it to the Third court of appeals.

Thank you in advance for your cooperation and assistance with this matter.

Sincerely,

David Z. Hernandez
[Pro Se}

David Z. Hernandez
Cell: 512-822-2367
Address: 811 First Street, Kyle, TX, 78640
Email:dzh2891@gmail.com

RECEIVED
DEC 2 1 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE